# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                     ) Criminal No. 04-10299-PBS
              v.              )
                                       ) VIOLATIONS:

1. Luz LUCIANO,
    a/k/a Chila,
2. Daniel AGUILAR,
    a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
    a/k/a Castro Casimiro,
    a/k/a Joel Zequeira,
6. Jose ROSALES,
    a/k/a Tony,
    a/k/a Tono,
    a/k/a Joel Agostini,
7. Valentin MARTINEZ,
    a/k/a Valentin RIVERA,
    a/k/a "V",
    a/k/a Vale,
8. Kelvin MADERA,
    a/k/a Manolo LNU,
    a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
    a/k/a Chorizo,
    a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
    a/k/a Carlos Colon Rivera,
    a/k/a Tigueron,
13. Rogelio GARCIA,
    a/k/a Lacuilla,
14. Javier Angel Romero,
    a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
    a/k/a Marcelino Cuevas,
    a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
    a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,

21 U.S.C. §846 - Conspiracy to Possess with Intent to Distribute Cocaine

21 U.S.C. § 853 - Criminal Forfeiture

2

```
20. Robert RUSCIO,            )
21. Giovanni AVILA,           )
      a/k/a Gio,              )
      a/k/a the Painter,      )
22. Gilberto ZAYAS,           )
      a/k/a Tony,             )
23. Luís DEJESUS,             )
      a/k/a Edgardo,          )
24. Benito GRULLON,           )
      a/k/a "Quico"           )
```

**Defendants.**

**FIRST SUPERSEDING INDICTMENT**

COUNT ONE:        (21 United States Code Section 846 - Conspiracy
                  to Possess with Intent to Distribute Cocaine)

The Grand Jury charges that:

From an unknown date but at least by in or about January

2001 and continuing until on or about May 1, 2004 at Lynn,

Danvers, Peabody, Salem, and elsewhere in the District of

Massachusetts, at the Bronx and Manhattan in the Southern

District of New York, at Mexico, and elsewhere,

```
            1. Luz LUCIANO,
                a/k/a Chila,
            2. Daniel AGUILAR,
                a/k/a "Lik"
            3. Roberto SOLORIO,
            4. Ricardo ESTRADA,
            5. Andres MARTINEZ,
          a/k/a Castro Casimiro,
          a/k/a Joel Zequeira,
            6. Jose ROSALES,
                a/k/a Tony,
                a/k/a Tono,
          a/k/a Joel Agostini,
            7. Valentin MARTINEZ,
          a/k/a Valentin RIVERA,
                a/k/a "V",
```

3

a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,
a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses alleged in Count One of this indictment,

1. Luz LUCIANO,
a/k/a Chila,
2. Daniel AGUILAR,
a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
6. Jose ROSALES,
a/k/a Tony,
a/k/a Tono,
a/k/a Joel Agostini,
7. Valentin MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V",
a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,

6

                    a/k/a Chon,
            17. Gerardo Vasseur ORTIZ,
                  a/k/a Scarface,
              18. Phillip ASARO,
             19. Silvestre LIZARDI,
              20. Robert RUSCIO,
              21. Giovanni AVILA,
                   a/k/a Gio,
                a/k/a the Painter,
              22. Gilberto ZAYAS,
                   a/k/a Tony,
               23. Luis DEJESUS,
                  a/k/a Edgardo,
              24. Benito GRULLON,
                  a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to

21 U.S.C. §853: (1) any and all property constituting or derived

from any proceeds the said defendant obtained directly or

indirectly as a result of the charged offense; and (2) any and all

property used or intended to be used in any manner or part to

commit and to facilitate the commission of the offense, including,

but not limited to, the following:

> (a)  $1,150.00 in United States currency, seized from
>       Giovanni Enrique Avila on or about May 1, 2004;
>
> (b)  $19,000.00 in United States currency, seized from
>       Giovanni's Auto Body, 892 Washington Street, Lynn,
>       Massachusetts, on or about May 1, 2004;
>
> (c)  a 2000 Freightliner Tractor Classic XL, Vehicle
>       Identification    No.    1FUPCSEB9YDB42682,    and
>       California License No. UP20575, registered in the
>       name of Ricardo Estrada;
>
> (d)  $21,042.00 in U.S. Currency, seized from 29 Hardy
>       Avenue, Newburyport, Massachusetts, on or about May
>       1, 2004;

7

(e)  $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f)  the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g)  $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h)  $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i)  $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.  If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  have been transferred or sold to, or deposited with, a third party;

(c)  have been placed beyond the jurisdiction of the Court;

(d)  have been substantially diminished in value; or

(e)  have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

(1)   the real property located at 88 Windsor Avenue,
      Swampscott, Massachusetts, including all buildings,
      appurtenances, and improvements thereon, with a
      Deed recorded at Book 23089, Page 204, of the
      Southern Essex County Registry of Deeds and Land
      Court Certificate No. 77407; and

(2)   the real property located at 7A Buffum Street,
      Salem, Massachusetts, including all buildings,
      appurtenances, and improvements thereon, with a
      Deed recorded at Book 23089, Page 215, of the
      Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK     2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant    x        New Defendant
                               Magistrate Judge Case Number ███████████
                               Search Warrant Case Number  04-M-1720-1730
                               R 20/R 40 from District of

## Defendant Information:

**Defendant Name**  LUZ LUCIANO                    Juvenile:      ☐ Yes      X No

**Alias Name**  "Chila"

**Address**

**Birthdate:** _____ SS # _____  Sex: FEM   Race: Hispanic       Nationalit Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq.      Address  77 Central Street, Boston, MA

**Bar Number**

## U.S. Attorney Information:

**AUSA**  Robert L. Peabody.              Bar Number if applicable   551936

**Interpreter:**    X Yes      No          List language and/or dialect:        Spanish

**Matter to be SEALED:**      Yes   X  ███████

        Warrant Requested          X ███████████          In Custody

## Location Status:

Arrest Date        5/01/04

  Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ──────────── ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:  Mag. Judge Swartwood     on

**Charging Document:**     Complaint      ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____  X Felony     1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04          Signature of AUSA:  Robert h. Peabody.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    LUZ LUCIANO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn          **Related Case Information:**

**County**  Essex          Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
Same Defendant  x          New Defendant
Magistrate Judge Case Number  ▮▮▮▮▮▮▮
Search Warrant Case Number  04-M-1720-1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  DANIEL AGUILAR          Juvenile:          ☐ Yes      X  No

Alias Name  "LIK"

Address

Birthdate: _____  SS # _____  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**     Benjamin Entine, Esq.          Address  77 Franklin Street, Boston, MA

Bar Number  _____          617-357-0770

**U.S. Attorney Information:**

AUSA  Robert L. Peabody.          Bar Number if applicable  551930

**Interpreter:**     X  Yes     No          List language and/or dialect:          Spanish

**Matter to be SEALED:**     Yes  ▮▮▮▮▮▮

         Warrant Requested     ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date  5/01/04

X  Already in Federal Custody as of _____  in  Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**     Complaint     ☐ Information          X  Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     DANIEL AGUILAR _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__     Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__

Same Defendant __x__     New Defendant _____

Magistrate Judge Case Number ████████████

Search Warrant Case Number __04-M-1720 to 1730__

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERTO SOLORIO__     Juvenile:   ☐ Yes   X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:** __Syrie Fried, Esq.__    Address __Federal Defender__

Bar Number _____     __617-223-8061__

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__     Bar Number if applicable __551936__

**Interpreter:**   X Yes    No    List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes ████████

    Warrant Requested      ████████████    In Custody

**Location Status:**

Arrest Date __5/01/04__

   Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__   on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__     Signature of AUSA: _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-solorio.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II            **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf.    X              Case No.    04-10299 PBS
                                 Same Defendant       x          New Defendant
                                 Magistrate Judge Case Number
                                 Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name    RICARDO ESTRADA                    Juvenile:      ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic    Nationalit Mexican

**Defense Counsel if known:**    Eliot Weinstein, Esq.        Address 228 Lewis Wharf

Bar Number                                            617-367-9334

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.                Bar Number if applicable    551936

**Interpreter:**    X Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes  ▮▮▮▮

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of                    Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04        Signature of AUSA: _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II                    **Investigating Agency**   DEA

**City**    Lynn                          **Related Case Information:**

**County**    Essex                       Superseding Ind./ Inf.    X                    **Case No.**   04-10299 PBS
                                          Same Defendant _____    New Defendant    x
                                          Magistrate Judge Case Number    ~~04-M-1686-GPA~~
                                          Search Warrant Case Number    04-M-1720-to-1730
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ANDRES MARTINEZ                          Juvenile:    ☐ Yes    X  No

Alias Name    CASTRO CASIMIRO  AKA SACAIDA AKA JOEL ZEQUEIRA

Address    _____

Birthdate: _____  SS # 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  Sex: MALE  Race: Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    John Cicilline, Esq.          Address  381 Atwells Ave., Providence, RI

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X  Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes  ▬▬▬▬▬

        Warrant Requested        ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date    5/1/2004

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**        Complaint    ☐ Information          X  Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X  Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date:    10/5/04                    Signature of AUSA:    Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**           **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__               **Related Case Information:**

**County** __Essex__            Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                Same Defendant _____ New Defendant __x__
                                Magistrate Judge Case Number ▮▮▮▮▮▮▮▮
                                Search Warrant Case Number __04-M-1720 to 1730__
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE ROSALES__                    Juvenile:    ☐ Yes    X No

Alias Name __TONY  AKA TONO  AKA JOEL AGOSTINI__

Address __88 NEWARK ST. LYNN MA__

Birthdate: __5/10/76__    SS # __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__  Sex: __MALE__  Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.        Address __1 Exchange Place., Worcester, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__                    Bar Number if applicable    __551936__

**Interpreter:**    X  Yes    No          List language and/or dialect:        __Spanish__

**Matter to be SEALED:**        Yes  ▮▮▮▮▮▮

        Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date        __5/1/04__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony ——1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/6/04__          Signature of AUSA:    _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   <u>JOSE ROSALES</u>

## U.S.C. Citations

| | <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|---|
| Set 1 | <u>21 USC 846</u> | <u>CONSPIRACY DISTRIBUTE COCAINE</u> | <u>1</u> |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____          **Investigating Agency** DEA _____

**City** Lynn _____          **Related Case Information:**

**County** Essex _____          Superseding Ind./ Inf.  X _____          Case No.  04-10299 PBS
                                  Same Defendant                    New Defendant  x
                                  Magistrate Judge Case Number  ████████████
                                  Search Warrant Case Number  04-M-1720 to 1730
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  VALENTIN MARTINEZ _____          Juvenile:     ☐ Yes    X No

Alias Name  VALENTIN RIVERA

Address  108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69 _____ SS # 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  Sex: MALE  Race: Hispanic _____  Nationalit Mexican

**Defense Counsel if known:**     Ronald Ian Segal, Esq.          Address  23 Central Ave., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA  Robert L. Peabody. _____          Bar Number if applicable  551936

**Interpreter:**     X Yes    X No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes  ████ No

      Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          5/1/04 _____

x  Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     X☐ Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04 _____          Signature of AUSA:  Robert L. Peabody

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   VALENTIN MARTINEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number ▮▮▮▮▮▮▮
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __KELVIN MADERA__    Juvenile:    ☐ Yes    X No

Alias Name __MANOLO LNU__

Address __65 FREEMAN AVENUE, EVERETT, MA 02149__

Birthdate: __5/22/66__   SS # __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__   Sex: __MALE__   Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**    Steven Judge, Esq.    Address __23 Central Ave., Lynn, MA__

Bar Number

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__    Bar Number if applicable __551936__

**Interpreter:**    X Yes    No    List language and/or dialect:    __spanish__

**Matter to be SEALED:**    Yes   ▮▮▮▮ NO

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor ———— X☐ Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__    Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-madera.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    Category No.   II          Investigating Agency    DEA

City   Lynn                      **Related Case Information:**

County   Essex                   Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                 Same Defendant                   New Defendant  x
                                 Magistrate Judge Case Number
                                 Search Warrant Case Number      04-M-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                        Juvenile:      ☐ Yes    X No

Alias Name

Address    10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76    SS #  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  Sex: MALE  Race: Arabic            Nationalit Palestinian

**Defense Counsel if known:**    Melvin Norris, Esq.        Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes ▆▆▆▆▆▆

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at ——————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                   on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☐ X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/01        Signature of AUSA:   Robert L. Peabody.

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     ABDALLAH HAMDAN

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.** II          **Investigating Agency** DEA

**City** Lynn                      **Related Case Information:**

**County** Essex                   Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                   Same Defendant _____ New Defendant  x
                                   Magistrate Judge Case Number ▓▓▓▓▓▓▓▓▓▓
                                   Search Warrant Case Number    04-M-1720 to 1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ                    Juvenile:     ☐ Yes    X No

Alias Name     CHORIZO

Address      304 AMERICAN LEGION        REVERE, MA

Birthdate: 4/1/74      SS # 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  Sex: MALE  Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:** _____    Address _____

Bar Number _____                           _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                     Bar Number if applicable   _____

**Interpreter:**     X Yes      No        List language and/or dialect:      Spanish

**Matter to be SEALED:**       Yes  ▓▓No▓

         Warrant Requested       ☐ Regular Process        In Custody

**Location Status:**

Arrest Date      FUGITIVE

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**       Complaint     ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ———  ☐ Misdemeanor ———  X☐ Felony — 1 —

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 10/6/04         Signature of AUSA:   *Robert L. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MARTINEZ _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-ricardo.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.**  II _____      **Investigating Agency**   DEA _____

**City**   Lynn _____              **Related Case Information:**

**County**   Essex _____            Superseding Ind./ Inf.   X _____      Case No.   04-10299 PBS
                                      Same Defendant _____          New Defendant  x _____
                                      Magistrate Judge Case Number ▓▓▓▓▓▓▓
                                      Search Warrant Case Number   04-M-1720 to 1730
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   HOWARD GREENBERG _____      Juvenile:      ☐ Yes    X No

Alias Name       HOWIE _____

Address          677 REVERE BEACH BLVD, REVERE, MA _____

Birthdate:  10/10/52 ___  SS #  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   Sex:  MALE  Race:  white _____    Nationalit  USA _____

**Defense Counsel if known:**      Roger Witkin, Esq. _____      Address  6 Beacon St., Boston, MA _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____              Bar Number if applicable   551936 _____

**Interpreter:**      ☐ Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**          Yes   ▓▓▓▓

       Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date         5/1/04 _____

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood _____   on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony——1——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____   Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   HOWARD GREENBERG _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.**   II      **Investigating Agency**   DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant      New Defendant   x
Magistrate Judge Case Number ▬▬▬
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   CARLOS COLON-RIVERA      Juvenile:    ☐ Yes    X No

Alias Name   TIGUERON

Address   58 CAMPBELL ST , NEW BEDFORD, MA

Birthdate:   8/27/64    SS #   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   Sex:   MALE   Race:   Hispanic      Nationality:   CostaRican

**Defense Counsel if known:**    John E. Wall, Esq.      Address   Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody,      Bar Number if applicable   551936

**Interpreter:**    X Yes     No      List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes ▬▬▬

     Warrant Requested      X Regular Process      In Custody

**Location Status:**

Arrest Date

     Already in Federal Custody as of      in
☐ Already in State Custody at ━━━━━ ☐ Serving Sentence      ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood      on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ━━━━ ☐ Misdemeanor ━━━━ ☐X Felony ━ 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04      Signature of AUSA:    *Robert L. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS  COLON-RIVERA _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-colon.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II_____        **Investigating Agency** DEA_____

**City**  Lynn_____        **Related Case Information:**

**County**  Essex_____     Superseding Ind./ Inf.  X_____    Case No.  04-10299 PBS
                                     Same Defendant _____  New Defendant  x _____
                                     Magistrate Judge Case Number  ▇▇▇▇▇▇▇
                                     Search Warrant Case Number   04-M-1720 to 1730
                                     R 20/R 40 from District of    _____

### Defendant Information:

Defendant Name   ROGELIO GARCIA_____        Juvenile:      ☐ Yes    X No

Alias Name     LACUILLA

Address        85 WALNUT AVE., REVERE, MA

Birthdate:  7/15/80 ___  SS #  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  Sex:  MALE  Race:  Hispanic_____    Nationalit  USA_____

**Defense Counsel if known:**     James H. Budreau, Esq.         Address  20 Park Plaza, Boston, MA

Bar Number     _____               _____

### U.S. Attorney Information:

AUSA   Robert L. Peabody._____        Bar Number if applicable    551936_____

**Interpreter:**     ☐ Yes    X No         List language and/or dialect:    _____

**Matter to be SEALED:**        Yes    ▇▇▇▇▇

        Warrant Requested         X☐  Regular Process          In Custody

**Location Status:**

Arrest Date    _____

   Already in Federal Custody as of  _____  in  _____.
☐ Already in State Custody at ——————————  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood_____    on  _____

**Charging Document:**      Complaint       ☐ Information        X Indictment

**Total # of Counts:**     ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04_____        Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

YⲘJS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                  Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                    Same Defendant                   New Defendant  x
                                    Magistrate Judge Case Number   ~~04-M-1685-CBS~~
                                    Search Warrant Case Number   04-M-1720-to -1730
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO          Juvenile:      ☐ Yes    X  No

Alias Name     RAMON ACOSTA

Address     4 SHERMAN STREET, LYNN, MA

Birthdate:  3/15/64     SS #  000 00 0172   Sex:  MALE   Race:  Hispanic          Nationalit  Dominican

**Defense Counsel if known:**     Raymond Buso, Esq.          Address  15 Church St., Salem , MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**      X  Yes      No          List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes   ~~No~~

        Warrant Requested          ☐  Regular Process          X In Custody

**Location Status:**

Arrest Date       5/1/04

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** II            **Investigating Agency** DEA

**City** Lynn                     **Related Case Information:**

**County** Essex                  Superseding Ind./ Inf.    X            Case No.    04-10299 PBS
                                  Same Defendant                  New Defendant  x
                                  Magistrate Judge Case Number ▓▓▓▓▓▓▓▓
                                  Search Warrant Case Number   04-M-1720 to 1730
                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name    CRISTIAN GERMOSEN                 Juvenile:       ☐ Yes    X No

Alias Name

Address            27 WARREN ST. NEWBURYPORT, MA

Birthdate: 3/22/78     SS # 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  Sex: MALE  Race: Hispanic        Nationalit Dominican

**Defense Counsel if known:**    Michael Hickey, Esq.        Address  15 Church St., Salem, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                 Bar Number if applicable    551936

**Interpreter:**    X  Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ▓▓▓▓▓▓

        Warrant Requested        ☐ Regular Process        x  In Custody

**Location Status:**

Arrest Date        5/1/04

x  Already in Federal Custody as of _____ in    Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
   On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ———  ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   10/6/04        Signature of AUSA:    Robert L. Peabody.

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CRISTIAN GERMOSEN _____

U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                         Same Defendant               New Defendant  x
                                         Magistrate Judge Case Number  ▮▮▮▮▮▮▮
                                         Search Warrant Case Number   04-M-1720 to 1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JUAN MARTINEZ                        Juvenile:       ☐ Yes    X  No

Alias Name   MARCELINO CUEVAS  AKA CHON

Address   22 PARK STREET, LYNN MA

Birthdate:  5/21/68     SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**                        Address

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                         Bar Number if applicable

**Interpreter:**     X  Yes      No          List language and/or dialect:        Spanish

**Matter to be SEALED:**          Yes  ▮▮▮▮▮▮▮

        Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date          FUGITIVE

    Already in Federal Custody as of                    in
☐ Already in State Custody at                 ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                on

**Charging Document:**          Complaint      ☐ Information      X  Indictment

**Total # of Counts:**      ☐ Petty            ☐ Misdemeanor            ☐ X Felony     1

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN MARTINEZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-juan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No.  II_____          Investigating Agency    DEA_____

City    Lynn_____              **Related Case Information:**

County    Essex_____         Superseding Ind./ Inf.    X_____    Case No.    04-10299 PBS
                                   Same Defendant _____    New Defendant    x_____
                                   Magistrate Judge Case Number    04 M 1685 GBS
                                   Search Warrant Case Number    04 M-1720 to 1730
                                   R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    GERARDO VASSEUR ORTIZ_____    Juvenile:    ☐ Yes    X No

Alias Name    SCARFACE_____

Address    _____

Birthdate:  6/23/72_____    SS #  000 00_____    Sex:  MALE    Race:  Hispanic_____    Nationalit  Dominican_____

**Defense Counsel if known:**    Richard M. Welch, Esq._____    Address  80 Worcester St., No. Grafton, MA

Bar Number    _____

**U.S. Attorney Information:**

AUSA    Robert L. Peabody,_____    Bar Number if applicable    551936_____

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    Yes    X████████

       Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/04_____

X  Already in Federal Custody as of _____ in    Wyatt Detention, Central Falls, RI_____ .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X☐ Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04_____    Signature of AUSA:    Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSEUR ORTIZ

<b>U.S.C. Citations</b>

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                **Related Case Information:**

**County** Essex             Superseding Ind./ Inf. X          Case No. 04-10299 PBS
                            Same Defendant                    New Defendant x
                            Magistrate Judge Case Number
                            Search Warrant Case Number   04-M-1720-to-1730
                            R 20/R 40 from District of

## Defendant Information:

Defendant Name   PHILLIP ASARO                Juvenile:     ☐ Yes    X No

Alias Name

Address   238 SCHOOL STREET, SOMERVILLE, MA

Birthdate: 8/22/73    SS # 000 00 5581   Sex: MALE   Race: White          Nationalit USA

**Defense Counsel if known:**     Kirk Y. Griffin, Esq.          Address 50 Staniford St., Boston,

Bar Number

## U.S. Attorney Information:

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**     ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**      Yes   ~~No~~

     Warrant Requested          X Regular Process          In Custody

## Location Status:

Arrest Date       5/1/04

     Already in Federal Custody as of                    in
☐ Already in State Custody at                    ☐ Serving Sentence     ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood     on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          X Felony

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 10/6/04          Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    PHILLIP ASARO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45asaro.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__       Superseding Ind./ Inf. __X__      Case No. __04-10299 PBS__
                     Same Defendant           New Defendant
                     Magistrate Judge Case Number __~~04-M-1685 CBS~~__
                     Search Warrant Case Number __04- M-1720 to 1730__
                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    __SILVESTRE LIZARDI__         Juvenile:    ☐ Yes    X No

Alias Name

Address      __29 HARDY STREET, NEWBURYPORT, MA__

Birthdate: __12/31/80__   SS # __000 00 3844__   Sex: __MALE__   Race: __Hispanic__     Nationalit __Mexican__

**Defense Counsel if known:**    __Michael R. Schneider, Esq.__    Address __95 Commercial Wf. Boston, MA__

Bar Number

**U.S. Attorney Information:**

AUSA    __Robert L. Peabody.__            Bar Number if applicable    __551936__

**Interpreter:**    X Yes     No     List language and/or dialect:     __Spanish__

**Matter to be SEALED:**      Yes    ~~No~~

     Warrant Requested         X Regular Process         In Custody

**Location Status:**

Arrest Date        __5/1/04__

   Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:    Ordered by:    __Mag. Judge Swartwood__    on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ———    ☐ Misdemeanor ———    ☐ X Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__          Signature of AUSA:    _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No.  __II__                    Investigating Agency  __DEA__

**City**  __Lynn__                    **Related Case Information:**

**County**  __Essex__                    Superseding Ind./ Inf.  __X__            Case No.  __04-10299 PBS__
                                         Same Defendant  __x__            New Defendant  __x__
                                         Magistrate Judge Case Number  ▓▓▓▓▓▓▓
                                         Search Warrant Case Number  __04-M-1720  to  1730__
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __ROBERT V. RUSCIO__                    Juvenile:        ☐ Yes      X No

Alias Name  _____

Address  __286 NEWBURY ST., PEABODY, MA__

Birthdate:  __7/15/51__    SS # __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__  Sex:  __MALE__  Race:  __White__        Nationalit  __USA__

**Defense Counsel if known:**        Edward L. Hayden, Esq.        Address  7 Franklin St., Lynn, MA

Bar Number  _____

**U.S. Attorney Information:**

AUSA  __Robert L. Peabody.__                    Bar Number if applicable    __551936__

**Interpreter:**        ☐ Yes      X No          List language and/or dialect:

**Matter to be SEALED:**        Yes  ▓▓▓▓▓▓

      \ Warrant Requested            X☐  Regular Process                In Custody

**Location Status:**

Arrest Date  _____

      Already in Federal Custody as of  _____  in  _____
☐  Already in State Custody at _____  ☐ Serving Sentence        ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:    Mag. Judge Swartwood        on  _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty _____        ☐ Misdemeanor        X☐ Felony ____1____

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __10/6/04__        Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** II          **Investigating Agency** DEA

**City**   Lynn                  **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                 Same Defendant                    New Defendant  x
                                 Magistrate Judge Case Number
                                 Search Warrant Case Number    04-M-1720 -to- 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   GIOVANNI AVILA                Juvenile:        ☐ Yes    X No

Alias Name   THE PAINTER

Address   892 WASHINGTON STREET APT., LYNN, MA

Birthdate:  4/25/62    SS #  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   Sex:  MALE   Race:  Hispanic          Nationalit  Costa Rican

**Defense Counsel if known:**    Michael F. Natola, Esq.        Address  Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                Bar Number if applicable    551936

**Interpreter:**    X  Yes    No        List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes   ~~NO~~

        Warrant Requested        X  Regular Process        In Custody

**Location Status:**

Arrest Date        5/1/04

☐  Already in Federal Custody as of _____ in _____

☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood        on

**Charging Document:**        Complaint    ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty ——————  ☐ Misdemeanor ——————  ☐X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04        Signature of AUSA:   Robert L. Peabody

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANNI AVILA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-avila.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.**  II    **Investigating Agency**  DEA

**City**  Lynn    **Related Case Information:**

**County**  Essex    Superseding Ind./ Inf.   X    Case No.  04-10299 PBS
Same Defendant    New Defendant  x
Magistrate Judge Case Number   04-M-1683 CBS
Search Warrant Case Number   04-M-1720  to  1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   GILBERTO ZAYAS    Juvenile:    ☐ Yes    X No

Alias Name    Tony

Address    39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346

Birthdate:  08/05/73    SS #  583415419   Sex:  MALE  Race:  Hispanic    Nationalit  Dominican

**Defense Counsel if known:**    Raymond E. Gillespie, Esq.    Address  875 Mass. Ave., Cambridge, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.    Bar Number if applicable    551936

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ▓▓▓▓▓▓

     Warrant Requested    ☐ Regular Process    x In Custody

**Location Status:**

Arrest Date    5/1/04

x  Already in Federal Custody as of    in    Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04    Signature of AUSA:  _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS, aka Tony _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-zayas.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    Category No.  II    Investigating Agency  DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X    Case No.  04-10299 PBS
Same Defendant    New Defendant  x
Magistrate Judge Case Number  ~~04-M-1685 CBS~~
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   LUIS DEJESUS    Juvenile:    ☐ Yes    X No

Alias Name    Edgardo

Address    107 MARIANNA STREET, APT. #1, LYNN, MA

Birthdate:  11/01/66    SS #  583312821    Sex:  MALE  Race:  Hispanic    Nationalit  Dominican

**Defense Counsel if known:**    John W. Laymon, Esq.    Address  40 Court St., Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.    Bar Number if applicable   551936

**Interpreter:**    X  Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  ~~X    No~~

    Warrant Requested    ☐  Regular Process    X  In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X  Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☐X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04    Signature of AUSA:   Robert L. Peabody

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  II            **Investigating Agency**   DEA

**City**   Lynn                 **Related Case Information:**

**County**   Essex              Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                Same Defendant                      New Defendant  x
                                Magistrate Judge Case Number        04-M
                                Search Warrant Case Number   04- M 1720 to 1730
                                R 20/R 40 from District of

**Defendant Information:**

Defendant Name   BENITO GRULLON                     Juvenile:        ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____   Sex:  MALE  Race:  Hispanic          Nationalit  Dominican

**Defense Counsel if known:**        Ron Ian Segal, Esq..         Address  23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X Yes      No       List language and/or dialect:      Spanish

**Matter to be SEALED:**          Yes    ~~No~~

      Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of _____ in _____
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ———  ☐ Misdemeanor ———  X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    10/6/04          Signature of AUSA:    Robert L. Peabody.

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02