# Salsberg & Schneider

John Salsberg
Michael R. Schneider
Susan B. Church
Ryan M. Schiff

Attorneys at Law

FILED
IN CLERKS OFFICE
2005 JAN 25 P 3:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

January 21, 2005

Office of the Clerk
United States District Court
   For the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02110
Attn: Lisa Roland

Re:   United States v. Silvestre Lizardi, Cr. No. 02-10299-PBS
       (see also 04-MJ-01685-CBS)

Dear Ms. Roland:

I am writing to ask that copies of the audiotapes of the detention hearing of my client Silvestre Lizardi held on June 1, 2004, be forwarded to Deborah Scalfani for transcription. I am enclosing a copy of a motion for funds for the transcription of the June 1st audiotape that has already been allowed by Judge Swartwood.

In addition, I am also enclosing for filing an Ex Parte Motion for Funds for Transcription of the Audiotape of the Detention Hearing of Co-defendant Jose Rosales. As explained in the enclosed motion, I believe that access to a transcript of this detention hearing is also necessary to proper preparation of this case for trial.

Thank you for your kind attention to this.

Very truly yours,

Michael R. Schneider

MRS/dm
encl.

g:\clients\lizardi, sylvestre\correspondence\letter roland tapes detention hearing

95 Commercial Wharf
Boston
Massachusetts
02110-3816

t. 617.227.7788
f. 617.227.7766