JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                    4

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                **Related Case Information:**

**County** __Essex__            Superseding Ind./ Inf.  __X__          Case No.  __04-10299 PBS__
                                Same Defendant  __x__          New Defendant
                                Magistrate Judge Case Number  __M 04-1732- CBS__
                                Search Warrant Case Number  04 M 1720- to 1730, 04-M 1738
                                R 20/R 40 from District of

**Defendant Information:**

Defendant Name  __RICARDO MANUEL ESTRADA__          Juvenile:     ☐ Yes     X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__     Nationalit __Mexican__

**Defense Counsel if known:**     Eliot Weinstein, Esq.          Address 228 Lewis Wharf

Bar Number                                                617-367-9334

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                    Bar Number if applicable

**Interpreter:**     X Yes     No          List language and/or dialect:     Spanish

**Matter to be SEALED:**     Yes  X     No

      Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of          _____ Wyatt Detention, Central Falls, RI
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: _____     on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ____ ☐ Misdemeanor ____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No.   II     Investigating Agency   DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X     Case No.   04-10299 PBS
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720-to-1730
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name   ANDRES MARTINEZ-ACEVEZ     Juvenile:   ☐ Yes   X  No

Alias Name   "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address _____

Birthdate: _____   SS #   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   Sex:   MALE   Race:   Hispanic     Nationalit   Mexican

**Defense Counsel if known:**     John Cicilline, Esq.     Address   381 Atwells Ave., Providence, RI

Bar Number _____

### U.S. Attorney Information:

AUSA   Neil Gallagher     Bar Number if applicable _____

**Interpreter:**   X  Yes   No     List language and/or dialect:     Spanish

**Matter to be SEALED:**   Yes   X   No

Warrant Requested   ☐ Regular Process     X  In Custody

**Location Status:**

Arrest Date   5/1/2004

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   Complaint   ☐ Information   X  Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X  Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   ~~10/5/04~~  3/23/05     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** __ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira";__ __"Zequeira"; "El Viejo"__

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II              **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                   Same Defendant    x              New Defendant
                                   Magistrate Judge Case Number       04-M-1685 CBS
                                   Search Warrant Case Number     04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                          Juvenile:        ☐ Yes    X  No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76    SS # 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  Sex: MALE  Race: Hispanic           Nationalit  Mexican

**Defense Counsel if known:**      Raymond A. O'Hara, Esq.        Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                                              Bar Number if applicable

**Interpreter:**       X  Yes       No        List language and/or dialect:        Spanish

**Matter to be SEALED:**           Yes   X   No

          Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date          5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at ————————— ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**       Complaint       ☐ Information       X  Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony — 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                    **Related Case Information:**

**County**  Essex          Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                           Same Defendant   x          New Defendant
                           Magistrate Judge Case Number      04-M-1685 CBS
                           Search Warrant Case Number      04-M-1720 to 1730
                           R 20/R 40 from District of

### Defendant Information:

Defendant Name   VALENTIN MARTINEZ          Juvenile:     ☐ Yes    X No

Alias Name      VALENTIN RIVERA AKA V AKA VALE

Address         108 JOHNSON STREET, LYNN, MA

Birthdate:  12/20/69    SS #  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   Sex:  MALE   Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**      Ronald Ian Segal, Esq.          Address  23 Central Ave., Lynn, MA

Bar Number

### U.S. Attorney Information:

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**    X Yes    X No          List language and/or dialect:      Spanish

**Matter to be SEALED:**          Yes   X   No

      Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date      5/1/04

x  Already in Federal Custody as of          in   Wyatt Detention, Central Falls, RI      .
☐  Already in State Custody at          ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:          on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———   X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE___

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense:  MA                    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X              Case No.    04-10299-PBS
                                    Same Defendant    x              New Defendant _____
                                    Magistrate Judge Case Number    04-m-1685-CBS
                                    Search Warrant Case Number    04-m-1720 to 1730
                                    R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   MANUEL GERMOSEN                    Juvenile    ☐ Yes    ☒ No

Alias Name    Kelvin Madera, Manolo

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Hispanic    Nationality:  Dom Rep

**Defense Counsel if known:**    Steven Judge              Address:  23 Central Ave., #605
                                                                      Lynn, MA 01902

**Bar Number:** _____

## U.S. Attorney Information:

AUSA  Neil Gallagher                    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No              List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes  ☒ No

    ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as   May 1, 2005          in   Plymouth County          .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____    on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MANUEL GERMOSEN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__              Superseding Ind./ Inf.  __X__              Case No. __04-10299 PBS__
                                 Same Defendant    __X__          New Defendant _____
                                 Magistrate Judge Case Number     __04-M-1685 CBS__
                                 Search Warrant Case Number     __04-M-1720 to 1730__
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __ABDALLAH HAMDAN__          Juvenile:     ☐ Yes    X No

Alias Name _____

Address   __10 ROOSEVELT ST METHUEN MA__

Birthdate: __1/17/76__    SS # __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__  Sex: __MALE__  Race: __Arabic__      Nationalit __Palestinian__

**Defense Counsel if known:**     Melvin Norris, Esq.        Address  260 Boston Post Rd., Wayland, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   __Neil Gallagher__              Bar Number if applicable _____

**Interpreter:**     ☐ Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**          Yes  X     No

        Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date       __5/1/04__

X  Already in Federal Custody as of _____ in   __Wyatt Detention, Central Falls, RI__  .
☐  Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony —4—

Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA _____    Category No. _____    **Investigating Agency**  DEA/MSP _____

City  Lynn/Peabody _____    **Related Case Information:**

County    Essex _____
Superseding Ind./ Inf.   X _____    Case No.   04-10299-PBS
Same Defendant     x _____    New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name   Chorizo, Chon _____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Hispanic _____ Nationality:  Dom Rep _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    **Spanish** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **RICARDO MARTINEZ** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                     Category No. _____     Investigating Agency  DEA/MSP

City   Lynn/Peabody                     **Related Case Information:**

County   Essex                         Superseding Ind./ Inf.   X             Case No.    04-10299-PBS
                                       Same Defendant    x            New Defendant _____
                                       Magistrate Judge Case Number    04-m-1685-CBS
                                       Search Warrant Case Number     04-m-1720 to 1730
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   HOWARD GREENBERG                     Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Caucasian    Nationality:  US

**Defense Counsel if known:**    Roger Witkin            Address:  6 Beacon Street, Ste 1010
                                                                  Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                     Bar Number if applicable _____

Interpreter:    ☐ Yes ☐ No        List language and/or dialect:     Spanish

Matter to be SEALED:    ☐ Yes   ☒ No

      ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  MJ Swartwood    on   May 2004

**Charging Document:**    ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: 3/23/c5          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>HOWARD GREENBERG</u>

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  MA_____     **Category No.** _____     **Investigating Agency**  DEA/MSP_____

**City**  Lynn/Peabody_____     **Related Case Information:**

**County**  Essex_____

Superseding Ind./ Inf.   X_____     Case No.   04-10299-PBS
Same Defendant    x_____     New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS\_\_\_\_
Search Warrant Case Number   04-m-1720 to 1730\_\_\_\_
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  EDGAR HOFFENS_____     Juvenile     ☐ Yes     ☒ No

Alias Name  Carlos Colon Rivera, Tigueron_____

Address  _____

Birth date (Year only): \_\_\_\_\_  SSN (last 4 #): \_\_\_\_\_  Sex  M  Race:  Caucasian\_\_\_  Nationality:  US\_\_\_\_\_

**Defense Counsel if known:**   John Wall_____     **Address:**  1 Commercial Wharf West
                                                                             Boston, MA 02110\_\_\_\_\_

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher_____     **Bar Number if applicable**  _____

**Interpreter:**     ☒ Yes  ☐ No     **List language and/or dialect:**   Spanish\_\_\_\_\_

**Matter to be SEALED:**     ☐ Yes     ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**  _____

☒ **Already in Federal Custody as**  _____  in  _____.
☐ **Already in State Custody**  _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by  _____  on  _____

**Charging Document:**     ☐ **Complaint**     ☐ **Information**     ☒ **Indictment**

**Total # of Counts:**     ☐ **Petty** \_\_\_\_\_     ☐ **Misdemeanor** \_\_\_\_\_     ☒ **Felony**  1 count\_\_\_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/3

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** __II__                    **Investigating Agency** __DEA__

**City**    __Lynn__                          **Related Case Information:**

**County**    __Essex__                       Superseding Ind./ Inf. __X__                    Case No. __04-10299 PBS__
                                              Same Defendant __X__                    New Defendant _____
                                              Magistrate Judge Case Number    __04-M-1685 CBS__
                                              Search Warrant Case Number    __04-M-1720 to 1730__
                                              R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    __ROGELIO GARCIA__                    Juvenile:    ☐ Yes    X No

Alias Name    __LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA__

Address    __85 WALNUT AVE., REVERE, MA__

Birthdate: __7/15/80__    SS # __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__  Sex: __MALE__  Race: __Hispanic__    Nationalit __USA__

**Defense Counsel if known:**    James H. Budreau, Esq.    Address  20 Park Plaza, Boston, MA

Bar Number    _____

**U.S. Attorney Information:**

AUSA   __Neil Gallagher__                    Bar Number if applicable    _____

**Interpreter:**    ☐ Yes    X No            List language and/or dialect:    _____

**Matter to be SEALED:**          Yes    X    No

        Warrant Requested            X☐  Regular Process          In Custody

**Location Status:**

Arrest Date    _____

    Already in Federal Custody as of _____ in _____ .
☐  Already in State Custody at ─────────── ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:    __Mag. Judge Swartwood__    on _____

**Charging Document:**        Complaint    ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ── 2

                    Continue on Page 2 for Entry of U.S.C. Citations

    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date:    __3/23/05__                    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-garcia.wpd - 2/7/02

/4

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__                  **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__                  **Related Case Information:**

**County** __Essex__                    Superseding Ind./ Inf. __X__          Case No. __04-10299-PBS__
                                         Same Defendant __x__          New Defendant
                                         Magistrate Judge Case Number __04-m-1685-CBS__
                                         Search Warrant Case Number __04-m-1720 to 1730__
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JAVIER ANGEL ROMERO__          Juvenile  ☐ Yes   ☒ No

Alias Name __Ramon Acosta, the Singer__

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__  Race: __Hispanic__   Nationality: _____

**Defense Counsel if known:**   **Ray Buso**          **Address:** **15 Church Street**
                                                                    **Salem, MA 01970**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__          **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No      **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☐ Yes ☒ No

       ☐ Warrant Requested      ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  **Ordered by** _____ on _____

**Charging Document:**  ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____