JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **GILBERTO ZAYAS** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

23

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X          Case No.   04-10299-PBS
Same Defendant   x          New Defendant _____
Magistrate Judge Case Number     04-m-1685-CBS
Search Warrant Case Number     04-m-1720 to 1730
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   LUIS E. DEJESUS          Juvenile   ☐ Yes   ☒ No

Alias Name   Edgardo

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic   Nationality: _____

**Defense Counsel if known:**   John W. Laymon          **Address:** 77 Franklin Street, # 3
Boston, MA 02110

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Neil Gallagher          **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes  ☐ No          **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☐ Yes   ☒ No

      ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

## Location Status:

**Arrest Date:** _____

☒ Already in Federal Custody as   May 2004          in   Wyatt
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS E. DEJESUS _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

__Criminal Case Cover Sheet__                  __U.S. District Court - District of Massachusetts__

**Place of Offense:**          Category No. __II__          **Investigating Agency** __DEA__

**City** __Lynn__                  **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                   Same Defendant __X__          New Defendant _____
                                   Magistrate Judge Case Number __04-M- 1731CBS__
                                   Search Warrant Case Number __04- M 1720 to 1730__
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BENITO GRULLON__          Juvenile:   ☐ Yes   X No

Alias Name __QUICO__

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Dominican__

**Defense Counsel if known:**   __Ron Ian Segal, Esq..__          Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable _____

**Interpreter:**   X Yes   No          List language and/or dialect:   __Spanish__

**Matter to be SEALED:**   Yes   X   No

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date __5/1/04__

X Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     BENITO GRULLON

<strong>U.S.C. Citations</strong>

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

25°

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense:  MA, CA          Category No. _____    Investigating Agency  DEA/MSP

City  Lynn _____    Related Case Information:

County  Essex _____    Superseding Ind./ Inf.  __x_____   Case No.  04-10299-PBS
                                Same Defendant _____   New Defendant  X_____
                                Magistrate Judge Case Number  _____
                                Search Warrant Case Number  _____
                                R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  MARTIN CERNA GARCIA _____    Juvenile   ☐ Yes   ☒ No

Alias Name  "Willy"; "Nephew" _____

Address  11027 Meyers Dr., Cucamnga, CA 91730 _____

Birth date (Year only):  1963  SSN (last 4 #): _____ Sex  M  Race:  Hispanic    Nationality:  Mexican

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____    Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No      List language and/or dialect:   Spanish _____

Matter to be SEALED:   ☒ Yes   ☐ No

   ☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MARTIN CERNA GARCIA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__     **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__        **Related Case Information:**

**County** __Essex__

| | | |
|---|---|---|
| Superseding Ind./ Inf.   x | Case No. | 04-10299-PBS |
| Same Defendant | New Defendant | X |
| Magistrate Judge Case Number | | _____ |
| Search Warrant Case Number | | _____ |
| R 20/R 40 from District of | | _____ |

**Defendant Information:**

Defendant Name __ROBINSON RUIZ__       Juvenile   ☐ Yes   ☒ No

Alias Name __"Metresa"__

Address __6 Houston Street, Lynn, MA 01905__

Birth date (Year only): __1964__ SSN (last 4 #): __6369__ Sex __M__ Race: __Hispanic__ Nationality: __Dom. Republic__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__      **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☒ Yes   ☐ No

     ☒ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    ROBINSON RUIZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__          **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn, MA_____          **Related Case Information:**

**County** ___Essex___          Superseding Ind./ Inf.  __x__          Case No.  __04-10299-PBS__
                                Same Defendant _____   New Defendant _X_____
                                Magistrate Judge Case Number  _____
                                Search Warrant Case Number    _____
                                R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _CARLOS RAFAEL ROJAS_____          Juvenile  ☐ Yes   ☒ No

Alias Name  _"Chelo"; "Ramon"_____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____
                                                          _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No          **List language and/or dialect:** _Spanish_____

**Matter to be SEALED:** ☒ Yes   ☐ No

  ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** _3/23/05_          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA _____          Category No. _____          Investigating Agency  DEA/MSP _____

City  Lynn/Peabody _____          Related Case Information:

County    Essex _____          Superseding Ind./ Inf.   X _____          Case No.    04-10299-PBS _____
                                 Same Defendant _____          New Defendant  X _____
                                 Magistrate Judge Case Number    _____
                                 Search Warrant Case Number    _____
                                 R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   CARLOS ORLANDO ARGUETA-MACARIO _____          Juvenile    ☐ Yes    ☒ No

Alias Name    "Chaparro" _____

Address    15 Washington Place, Peabody, MA 01960 _____

Birth date (Year only):  1967  SSN (last 4 #):  0292  Sex  M  Race:    Hispanic _____  Nationality:  Mexican _____

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____          Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No          List language and/or dialect:    Spanish _____

Matter to be SEALED:    ☒ Yes    ☐ No

         ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3 /23 /05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____          Category No. _____          Investigating Agency __DEA/MSP_____

City __Lynn, MA_____          **Related Case Information:**

County ___Essex_____          Superseding Ind./ Inf. ___x_____          Case No. ___04-10299-PBS____
                                        Same Defendant _____          New Defendant __X_____
                                        Magistrate Judge Case Number    _____
                                        Search Warrant Case Number      _____
                                        R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES_____          Juvenile [ ] Yes  [X] No

Alias Name ___"Billy"_____

Address ___43 Reservoir Drive, Danvers, MA_____

Birth date (Year only): __1961__ SSN (last 4 #): __7332__ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____          **Address:** _____
                                                                              _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____          Bar Number if applicable _____

Interpreter:  [ ] Yes  [ ] No          List language and/or dialect: _____

Matter to be SEALED:  [x] Yes  [ ] No

     [x] Warrant Requested          [ ] Regular Process          [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____ [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  [ ] Complaint     [ ] Information     [x] Indictment

**Total # of Counts:**  [ ] Petty _____  [ ] Misdemeanor _____  [x] Felony ___1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

[x]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____WILLIAM R. HOLMES, a/k/a "Billy"_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

3c

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn, MA_____    **Related Case Information:**

**County** ___Essex_____    Superseding Ind./ Inf. __x_____    Case No. __04-10299-PBS___
                                      Same Defendant _____ New Defendant __X_____
                                      Magistrate Judge Case Number  _____
                                      Search Warrant Case Number  _____
                                      R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  _GENE A. ANDERSON_____    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  __87 Broad Street #1, Lynn, MA_____

Birth date (Year only): __1970__ SSN (last 4 #): __0733__ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    Bar Number if applicable _____

Interpreter:  ☐ Yes ☐ No    List language and/or dialect:  _____

Matter to be SEALED:  ☒ Yes  ☐ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: _3/23/05_    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GENE A. ANDERSON _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: