UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | CRIMINAL NO. 04-10299-PBS-19 |
| v. | ) ) ) |  |
| SILVESTRE LIZARDI | ) |  |

GOVERNMENT'S MOTION FOR BOND FORFEITURE JUDGMENT

The United States asks this court, pursuant to 18 U.S.C. § 3146(d) and Rule 46(f) of the Federal Rules of Criminal Procedure, to enter a bail forfeiture judgment, against defendant SILVESTRE LIZARDI ("defendant"), in the amount of $15,000, the cash security for bail, previously deposited with the U.S. District Court Clerk's Office.

In support of this motion, the government states:

1. On May 1, 2004, defendant was arrested pursuant to a criminal complaint charging conspiracy to distribute cocaine in case number 04-mj-1685-CBS. On June 4, 2004, defendant posted $15,000 to secure his appearance in court and entered an agreement to forfeit the $15,000. The same day, the defendant was released on conditions of release.

2. On March 23, 2005, defendant was charged in a second superseding indictment with conspiracy to distribute cocaine in the above referenced criminal case.

3. After the defendant's failure to appear in court on February 16, 2006, on April 10, 2006, the court issued a bench warrant for the defendant's arrest.

The United States therefore respectfully requests that the court enter the attached Bond Forfeiture Judgment against defendant SILVESTRE LIZARDI in the amount of $15,000 previously deposited with the U.S. District Court Clerk's Office. The entire sum should be forfeited to the

forfeited to the United States Treasury for deposit in the Crime Victims Fund (42 U.S.C. § 10601(b)(3)).  A proposed order is attached.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:   /s/ Neil Gallagher
       Neil J. Gallagher, Jr.
       Assistant U.S. Attorney

Dated: March 26, 2008

CERTIFICATE OF SERVICE

    This is to certify that I have served upon the people listed below a copy of this document by United States mail:

Keila C. Lizardi
8 Norcross Terrace
Lynn, MA 01902

District Court Clerk's Office (Accounting Section)
Moakley U.S. Courthouse
Boston, MA 02210

                                              /s/ Neil Gallagher
                                              Neil J. Gallagher, Jr.