UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-10299-PBS-19 |
| v. | |
| SILVESTRE LIZARDI | |

### BOND FORFEITURE JUDGMENT

The Court declares that, pursuant to Fed. R. Crim. P. 46(f)(3), the $15,000, cash bond that defendant SILVESTRE LIZARDI posted is forfeited to the United States Treasury for deposit in the Crime Victims Fund (42 U.S.C. § 10601(b)(3)); and, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America have and recover from the defendant, judgment in the amount of $15,000.

PATTI B. SARIS
United States District Judge

Dated: 6/3/08